# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **ESSAR STEEL MINNESOTA LLC** and **ESML HOLDINGS INC.**[1] | Case No. 16-11626 (BLS) |
| Reorganized Debtors. | (Jointly Administered) |
| **MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),** | Adv. Proc. No. 17-51210 (BLS) |
| Plaintiff and Appellant, | |
| v. | |
| **CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC;** and **DOES 1-10,** | |
| Defendants and Appellees. | |
| **GLACIER PART IRON ORE PROPERTIES LLC,** | |
| Counterclaim-Plaintiff and Appellee, | |
| v. | |
| **MESABI METALLICS COMPANY LLC,** | |
| Counterclaim-Defendant and Appellant. | |
| **CLEVELAND-CLIFFS, INC.,** et al., | Appeal from the United States Bankruptcy Court for the District of Delaware |
| Counterclaim-Plaintiffs and Appellees, | |
| v. | Civil Action No. 18-mc-00261-LPS |
| **MESABI METALLICS COMPANY LLC,** et al., | |
| Counterclaim-Defendants and Appellants. | |

---

[1]   Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.

1

**JOINDER OF GLACIER PARK IRON ORE PROPERTIES LLC
TO OBJECTION OF CLIFFS DEFENDANTS TO APPELLANT'S
MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL**

Glacier Park Iron Ore Properties LLC, a defendant and appellee in this action ("GPIOP") joins in the Response in Opposition defendants and appellees Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (the "Cliffs Objection") [Dkt. 5] to Appellant's Motion for Leave to File Interlocutory Appeal of Bankruptcy Court's Order Granting Appellees' Motions for Partial Summary Judgment and Denying Appellants' Cross Motion for Partial Summary Judgment (the "Mesabi Motion") [Dkt. 1]. For the reasons stated in the Cliffs Objection, GPIOP also believes the Mesabi Motion does not meet the applicable legal standards to be granted leave by this Court to pursue an interlocutory appeal. GPIOP respectfully requests that the Mesabi Motion be denied.

| | |
|---|---|
| September 12, 2018 | ASHBY & GEDDES, P.A. |
| | */s/ F. Troupe Mickler IV*<br>William P. Bowden (No. 2553)<br>F. Troupe Mickler IV (No. 5361)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 |
| | and |
| | FAEGRE BAKER DANIELS LLP<br>Dennis M. Ryan (Admitted pro hac vice)<br>Christopher J. Harayda (Admitted pro hac vice)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>Telephone:  (612) 766-7000<br>Facsimile:  (612) 766-1600 |
| | *Counsel for Glacier Park Iron Ore Properties, LLC* |

2